


UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 06-3464

Vasquez-Diaz

vs.

Pete, et al.

Luis A. Vasquez-Diaz, Appellant

(Eastern District of Pennsylvania Civil No. 06-cv-02913)

**FILED**
SEP 1 8 2006
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

O R D E R

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER  O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

For the Court,

*Marcia M. Waldron*

Clerk

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Date: September 15, 2006

cc:   Mr. Luis A. Vasquez-Diaz